USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Christopher Banchs*
*Christopher Banchs  D.I.N/I.D # 13A1774*
*N.Y.S.I.D. # 04533172M*

(In the space above enter the full name(s) of the plaintiff(s).)

**AMENDED**
**COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

-against-

*Correction Officer Oti # 18021*
*Correction Officer Rose # 18783*

Jury Trial: ☑ Yes    ☐ No

(check one)

*13* Civ. *6021* (VEC)

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff's    Name *Christopher Banchs*
ID# *13A1774*
Current Institution *Upstate Correctional Facility*
Address *P.O. Box 2001*
*Malone, New York 12953*

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name *Correctional Officer Oti*  Shield # *18021*
Where Currently Employed *C-73 G. M.D.C.*
Address *15-15 Hazen Street*
*East Elmhurst N.Y. 11370*

*Rev. 01/2010*                                          1

Defendant No. 2    Name *Correctional Officer Rose*    Shield # *18783*
Where Currently Employed *C-73 G.M.D.C.*
Address *15-15 Hazen Street*
*East Elmhurst N.Y., 11370*

Defendant No. 3    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

<div style="border:1px solid #000; display:inline-block;">Who did<br>what?</div>

Defendant No. 4    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 5    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
_____
_____

B.    Where in the institution did the events giving rise to your claim(s) occur?
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?
_____
_____
_____

<div style="border:1px solid #000; display:inline-block;">What<br>happened<br>to you?</div>

D.    Facts:_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____
_____

**Who else saw what happened?**

### III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____

### IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _____

*Rev. 01/2010*                               3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

      Yes _____    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

      Yes _____    No _____    Do Not Know _____

      If YES, which claim(s)?
      _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

      Yes _____    No _____

      If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

      Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?
      _____

      1.    Which claim(s) in this complaint did you grieve?
            _____
            _____

      2.    What was the result, if any?
            _____
            _____

      3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
            _____
            _____
            _____
            _____

F.    If you did not file a grievance:

      1.    If there are any reasons why you did not file a grievance, state them here:
            _____
            _____
            _____

*Rev. 01/2010*                                    4

_____
_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.   Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____

**VI.**   **Previous lawsuits:**

<div style="float:left">
<table><tr><td>On<br>these<br>claims</td></tr></table>
</div>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

_____3.   Docket or Index number _____

_____4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____   No _____

If NO, give the approximate date of disposition_____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

<div style="float:left">
<table><tr><td>On<br>other<br>claims</td></tr></table>
</div>

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

_____3.   Docket or Index number _____

_____4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.      Is the case still pending?  Yes _____  No _____
        If NO, give the approximate date of disposition_____

7.      What was the result of the case? (For example:  Was the case dismissed?  Was there
        judgment in your favor?  Was the case appealed?)  _____
        _____
        _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11_ day of _August_, 20_14_.

                        Signature of Plaintiff   _Christopher Gordon_
                        Inmate Number            _13A1774_
                        Institution Address      _Upstate Correctional Facility_
                                                 _P. O. Box 2001_
                                                 _Malone, New York_
                                                 _12953_


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
         their inmate numbers and addresses.

I declare under penalty of perjury that on this _11_ day of _August_, 20_14_, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

                        Signature of Plaintiff:   _Christopher Gordon_